IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                ) | Case No. 1:13-mj-00194-SAB |
| ) | |
| Plaintiff,                ) | **DEFENDANT'S STATUS REPORT ON** |
| v.                                        ) | **UNSUPERVISED PROBATION** |
| ) | |
| JAMES P. OBOSKY,                          ) | |
| ) | |
| Defendant.                ) | |
| ) | |

    PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

    **Convicted of:**    Operating a motor vehicle while under the influence of alcohol or drugs, a violation of 36 C.F.R. § 4.23(a)(1)

    **Sentence Date:**    February 20, 2014

    **Review Hearing Date:**    May 7, 2015

    **Probation Expires On:**    August 20, 2015

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒    **Obey all federal, state and local laws**; and

☒    **Monetary Fines & Penalties in Total Amount of:** $1,010.00, which Total Amount is made up of a Fine: $ 1,000.00; Special Assessment: $ 10.00; Processing Fee: $ 0.00; Restitution: $ 0.00.

☐    Payment schedule of $    per month by the    of each month.

☐    **Community Service hours Imposed of:**

☒    **Other Conditions:** Complete First Time DUI Offender Program

*COMPLIANCE:*

☒    Defendant has complied with and completed <u>all</u> conditions of probation described above.

    **Otherwise:**

☐    Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐    To date, Defendant has paid a total of $
    ☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
    Amount:

☐    To date, Defendant has performed Click here to enter text. hours of community service.

☐    Compliance with Other Conditions of Probation:

GOVERNMENT POSITION:

☐ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

Counsel for Mr. Obosky made a good-faith attempt to ascertain the government's position with regard to this status report. Specifically, defense counsel emailed the proposed status report to counsel for the government on March 23, 2015. Having received no response, defense counsel followed up on April 2, 2015. Counsel for the government responded, "The payment history looks fine - I just am waiting on an updated RAP." Defense counsel followed up again on April 15, 2015, and April 17, 2015. Defense counsel has received no response.

DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☐ that the review hearing set for 5/7/2015 at 10:00 a.m.

☐ be continued to Click here to enter a date. at 10:00 a.m.; or

☐ be vacated.

☒ that Defendant's appearance for the review hearing be waived for the reasons set forth in the accompanying Rule 43 waiver.

DATED: 4/20/2015                    /s/ Erin Snider
                                    DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒  GRANTED. The Court orders that the Defendant's appearance for the Review Hearing be waived. However, the Defendant is hereby ordered to appear at any subsequent hearing if ordered to do so by the Court.

☐  DENIED.

IT IS SO ORDERED.

Dated:  **April 23, 2015**
                                    UNITED STATES MAGISTRATE JUDGE