HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, OR SBN #116342
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JAMES P. OBOSKY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-mj-00194-SAB |
| Plaintiff, | NOTICE OF MOTION AND MOTION TO TERMINATE PROBATION; MEMORANDUM OF POINTS AND AUTOHRITIES; ORDER |
| vs. | |
| JAMES P. OBOSKY, | Date:  May 7, 2015 |
| Defendant. | Time:  10:00 a.m. |
| | Judge: Hon. Stanley A. Boone |

**TO:  BENJAMIN B. WAGNER, UNITED STATES ATTORNEY, AND BAYLEIGH J. PETTIGREW, SPECIAL ASSISTANT UNITED STATES ATTORNEY, COUNSEL FOR PLAINTIFF:**

**PLEASE TAKE NOTICE** that on May 7, 2015, at 10:00 a.m., or as soon thereafter as the matter can be heard in the Courtroom of the Honorable Stanley A. Boone, United States Magistrate Judge for the Eastern District of California, defendant, James P. Obosky, through undersigned counsel, will bring on for hearing the following motion to terminate probation.

### I.  MOTION

Mr. Obosky, by his counsel of record, Assistant Federal Defender Erin Snider, hereby moves this Court for an order terminating his term of unsupervised probation.  This motion is made pursuant to 18 U.S.C. § 3564(c), Eastern District of California Local Rule Crim. 430.1, and such other statutory rules as may be applicable.

This motion is based upon the instant motion and notice of motion, the accompanying statement of facts and memorandum of points and authorities, the files and records in the above-entitled case, and any and all other information that may be brought to the Court's attention before or during the hearing on this motion.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 20, 2015                             */s/  Erin Snider*
                                                 ERIN SNIDER
                                                 Assistant Federal Defender
                                                 Counsel for Defendant
                                                 JAMES P. OBOSKY

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant James P. Obosky, by and through his counsel of record, Assistant Federal Defender Erin Snider, hereby moves for early termination of his term of unsupervised probation pursuant to 18 U.S.C. § 3564(c).[1]

On February 20, 2014, Mr. Obosky pled guilty to operating a motor vehicle while under the influence of alcohol or drugs, a violation of 36 C.F.R. § 4.23(a)(1).  *See* Judgment, Docket No. 12, at 1.  That same date, the Court sentenced Mr. Obosky to serve eighteen months of unsupervised probation, to expire on August 20, 2015.  *Id.* at 2.  As a condition of his probation, the Court ordered Mr. Obosky to pay a penalty assessment of $10.00 and a fine of $1,000.00, for a total monetary penalty of $1,010.00.  *Id.* at 3.  The Court further ordered Mr. Obosky to enroll in the First Time DUI Offender Program through the Department of Motor Vehicles.  *Id.*

On August 21, 2014, the Court held a review hearing.  *See* Minutes, Docket No. 14.  At the review hearing, the Court found that Mr. Obosky completed the First Time DUI Offender Program and was making payments on his fine.  *Id.*  "[The] Court advised that early termination of court probation is an option if defendant continues to comply."  *Id.*

Mr. Obosky now requests that the Court terminate his term of unsupervised probation.  Mr. Obosky has continued to comply with the terms of his probation.  Specifically, he has continued to obey all local, state, and federal laws and he finished paying his fine on March 13, 2015.  Early termination of Mr. Obosky's term of unsupervised release is "warranted by the conduct of [Mr. Oboksy] and the interest of justice."  18 U.S.C. § 3564(c).

///

///

///

///

---

[1] Counsel for Mr. Obosky made a good-faith attempt to ascertain the government's position with regard to this motion.  Specifically, defense counsel emailed the proposed motion to counsel for the government on March 23, 2015.  *See* Ex. A at 2-3.  Having received no response, defense counsel followed up on April 2, 2015.  *Id.* at 2.  Counsel for the government responded, "The payment history looks fine - I just am waiting on an updated RAP."  *Id.* at 1-2.  Defense counsel followed up again on April 15, 2015, and April 17, 2015.  *Id.* at 1.  Defense counsel has received no response.  *Id.* at 1.

1  WHEREFORE, Mr. Obosky requests that the Court terminate his term of unsupervised
2  probation pursuant to 18 U.S.C. § 3564(c).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 20, 2015         */s/ Erin Snider*
                             ERIN SNIDER
                             Assistant Federal Defender
                             Attorney for Defendant
                             JAMES P. OBOSKY

## **O R D E R**

Pursuant to Mr. Obosky's request for early termination of his term of unsupervised probation, the Court hereby terminates Mr. Obosky's term of unsupervised probation pursuant to 18 U.S.C. § 3564(c). Mr. Obosky's term of unsupervised probation is terminated as of the date of this Order.

IT IS SO ORDERED.

Dated:   **May 7, 2015**

UNITED STATES MAGISTRATE JUDGE